**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

F I L E D
AUG 2 3 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA     )
                             )
v.                           )        Criminal Action No. 3:04CR259–HEH
                             )
OMAR DALEY,                  )
                             )
        Petitioner.          )

## MEMORANDUM OPINION
### (Dismissing Successive 28 U.S.C. § 2255 Motion)

By Memorandum Opinion and Order entered on September 11, 2007, the Court

denied a 28 U.S.C. § 2255 motion filed by Omar Daley. (ECF Nos. 384, 385.)  On July

18, 2016, the Court received from Daley a successive, unauthorized 28 U.S.C. § 2255

motion. (ECF No. 588.)

The Antiterrorism and Effective Death Penalty Act of 1996 restricted the

jurisdiction of the district courts to hear second or successive applications for federal

habeas corpus relief by prisoners attacking the validity of their convictions and sentences

by establishing a "gatekeeping mechanism." *Felker v. Turpin*, 518 U.S. 651, 657 (1996)

(internal quotation marks omitted).  Specifically, "[b]efore a second or successive

application permitted by this section is filed in the district court, the applicant shall move

in the appropriate court of appeals for an order authorizing the district court to consider

the application." 28 U.S.C. § 2244(b)(3)(A).

The Court has not received authorization from the United States Court of Appeals

for the Fourth Circuit to file Daley's § 2255 Motion.  The § 2255 Motion (ECF No. 588)

will be dismissed for want of jurisdiction.  The Court will deny a certificate of

appealability.

An appropriate Final Order will accompany this Memorandum Opinion.

/s/

HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Aug. 22, 2016
Richmond, Virginia

2